UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK R. VEGA,

                    Plaintiff,

          -against-                                        23-CV-6352 (LTS)

IRA KIRSCHENBAUM, M.D.;                                    CIVIL JUDGMENT
BRONX LEBANON HOSPITAL,

                    Defendants.

          By order dated April 22, 2024, the Court dismissed this action for lack of subject matter

jurisdiction, but granted Plaintiff thirty days' leave to amend his complaint to allege facts

demonstrating that the court has subject matter jurisdiction of his claims. Plaintiff has not filed an

amended complaint.

          IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed

for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3).

          The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment

would not be taken in good faith.

SO ORDERED.

Dated:     June 18, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge